Loop Restaurant, Inc., an Illinois Corporation, Appellant, v. William G. Milota, Bailiff of the Municipal Court of Chicago, and Kusper Old Fort Dearborn Company, Appellees.

Gen. No. 47,809. 

First District, Second Division.

December 31, 1959.

Released for publication January 19, 1960.

Wilkinson and Belroy (George A. Bosomburg, of counsel) for plaintiff-appellant; Cohon and Goldstein, and Wexler and Wexler (Samuel S. Cohon, of counsel) for defendants-appellees. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.